■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE GREEN, Appellant. [705 NYS2d 307] —Judgment unanimously affirmed for reasons stated in decision at Supreme Court, Affronti, J. (Appeal from Judgment of Supreme Court, Monroe County, Affronti, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Pine, J. P., Wisner, Hurlbutt, Kehoe and Lawton, JJ.